AO 93A (Rev. 11/13) Search and Seizure Warrant on Oral Testimony

# UNITED STATES DISTRICT COURT
для
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 9 2019
MITCHELL R. ELFERS
CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.  MR 19-903
Ford Pickup Truck )
VIN: 1FTDF15Y0KPA34664 )
New Mexico Tag: NZC378 )

## SEARCH AND SEIZURE WARRANT ON ORAL TESTIMONY

To:   Any authorized law enforcement officer

I have received, and recorded electronically or by handwriting, sworn testimony communicated to me by
*(name the officer)* __Aaron Carp__, who requests the search of the following person or property located in the _____ District of __New Mexico__
*(identify the person or describe the property to be searched and give its location)*:

Ford Pickup Truck
VIN: 1FTDF15Y0KPA34664; New Mexico Tag: NZC378
GPS: N35° 40.899'; W108° 08.667

I am satisfied that circumstances make it reasonable to dispense with a written affidavit and that the testimony establishes probable cause to search and seize the person or property, described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Shotgun
Shotgun shells

**YOU ARE COMMANDED** to execute this warrant on or before __July 22, 2019__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __B. Paul Briones__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  __07/19/2019 1:35 am__            __B. Paul Briones / Telephonic__
                                                                                             *Judge's signature*

City and state:  __Farmington, NM__                            __B. Paul Briones__
                                                                                             *Printed name and title*

I certify that the judge named above authorized me to sign his or her name.
__Aaron Carp__                                                          _____
*Applicant's printed name*                                          *Applicant's signature*

AO 93A (Rev. 11/13) Search and Seizure Warrant on Oral Testimony (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: MR 19-903 | Date and time warrant executed: 07/19/2019 1:36 am | Copy of warrant and inventory left with: Inside of truck |

Inventory made in the presence of :

Inventory of the property taken and name of person(s) seized:

No items recovered.
(Note: Navajo Police provided New Mexico Tag NZC378 for use in the warrant; however, it was discovered the police provided the wrong tag, the correct tag on the vehicle was New Mexico Tag 757RZS. The Vehicle Identification Number was correctly provided by Navajo Police.)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/19/2019

*Executing officer's signature*

Aaron Carp, Special Agent, FBI
*Printed name and title*